UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cedric M. Wilson,   Civil No. 13-429 (JNE/TNL)

    Plaintiff,

v.   ORDER

EH, Harassment
Opposition Party,

    Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated March 7, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis (Docket No. 2) is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 7, 2013         s/Joan N. Ericksen
                             JOAN N. ERICKSEN
                             United States District Court